## 239 Dream Weave Bedding

high quality southwestern style bedding set geometric animal - Temu          https://www.temu.com/high-quality-southwestern-style-bedding-set-wit...

Temu | Checkout          https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...



## 240 Fringe



## 241 Simple Classics



## 242 BlanketBoutique



## 243 Sweet Homie



# 244 CARBINI





# 245 Trend POLO Shirts



## 246 jian he fu shi





# 247 SHIHAILIN



## 248 PJM LC



## 249 PJM JM



## 250 YOYO CASE





# 251 stone Hong



## 252 Rong Fashion Mens Wear



## 253 AJUNYIJIAF

buffalo print flannel fleece throw blanket traditional style - Temu          https://www.temu.com/1pc-buffalo-print-flannel-fleece-throw-blanket-tr...



Temu | Checkout                                          https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

# 254 FENVOX

1pc buffalo print flannel throw blanket - soft, allergy-free, machine was...    https://www.temu.com/1pc-buffalo-print-flannel-throw-blanket-soft--m...



## 255 ZENTRA

buffalo print flannel throw blanket soft - Temu    https://www.temu.com/1pc-buffalo-print-flannel-throw-blanket-soft--m...



## 256 Yanyun DIY



## 257 one Tu





258 SPPsrseventeen

1pc buffalo print flannel throw blanket - hypoallergenic machine washa...    https://www.temu.com/1pc-buffalo-print-flannel-throw-blanket-hypoall...

Temu | Checkout    https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

VA 2-406-462

## 259 Qiu Tian De Ye Zi



# 260 songdongB



# 261 xiaotuB



## 262 wangfengweiA



## 263 wenmengABCe



## 264 Heelolife



## 265 jiftemu



# 266 LIUSHUXIA



## 267 Simtacha

1pc buffalo print flannel fleece throw blanket, traditional style, , machi...    https://www.temu.com/1pc-buffalo-print-flannel-fleece-throw-blanket-tr...



Temu | Checkout    https://www.temu.com/bgt_order_checkout.html?source_channel=1&ti...

# 268 WYing FCustom

contemporary anime themed flannel blanket 100% polyester - Temu          https://www.temu.com/contemporary-anime-themed-flannel-blanket--p...

