# Schedule "A"

# Defendants with Store Name and Seller ID

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 1 | gaomengs | A36QL2D60DBG8 |
| 2 | HuangLiang568 | A3EPTS5JZRKSSL |
| 3 | FFPJ | A3VJE9XCYG17RS |
| 4 | hanzhongkejizixunyouxiangongsi | A15NC7JCGTJOTT |
| 5 | Zhengzhou Yazuan Trading Co., Ltd | AK3VZF3GGNNBI |
| 6 | bangjun Zhao | A61AO0LACHSCW |
| 7 | wangchaosb | A19M5SRMGOEJ0Y |
| 8 | YUEBINUS | A2QYSPJ1UDQQYI |
| 9 | yaorx58 | AB4J2DDRDP7L8 |
| 10 | QUNFLFV(6-13 Days Delivery） | AOFY3KGAN437 |
| 11 | XuanManChaoQian | A272MEFDAMR85M |
| 12 | AnXinWeiYi | A2TXJT23NNSDJJ |
| 13 | HeWanShenFang | A2QV5744MKFX0U |
| 14 | QUFNAKC | A225XFL9SMWB5Y |
| 15 | DingGongHuiShangMao | A1EMEKT8UPO7IQ |
| 16 | HuiRuiHengDa | AB3IK3BHMOEZU |
| 17 | HeMoZhuanZhi | A3FRGFIB54SWV6 |
| 18 | YiJieFangNi | A225MFAJBADODG |
| 19 | liuzhijiao | A3MDLC1RH3WZEI |
| 20 | DMOYALA US | A1ZLGYCWQ73RE |
| 21 | rfxscd | A24E3UPBPPZUE1 |
| 22 | Nancyioio | AIZA97V6S9GOM |
| 23 | Tozeky | A23DETLVHUG6NM |
| 24 | YuzunSpring | A1UHVLPS0S9PZD |
| 25 | SHI TOU-🔥🔥🔥Summer Clearance Promotion🔥🔥🔥 | AOWYSFP74R83T |
| 26 | SBR Silk | A2602YKIPDG2JQ |
| 27 | Ffang | A183EUCYQU0Q22 |
| 28 | MianYangShiXinMingKeJiYouXianGongSi | A2WNPI7Y9MPEOW |
| 29 | HippoLion | A1QRHM1WRWRWHI |
| 30 | YanLaiFeiChen | A3N3FS5XHJKLEN |
| 31 | Cidaefan | A3EMZJDYGVPQ1I |
| 32 | BinwinClotCloth | A286N9VHCDPX0A |
| 33 | Zonewis | A1ZTHYRTI90TNR |
| 34 | LeoLeLii | A1A0IIQ6RBCQBR |
| 35 | Island-Tech | A3BWIB9PHQPZFH |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 36 | OceanusGarden | AWISC48MK0YK2 |
| 37 | Jovialsin | A1P9QVCG1HWTE3 |
| 38 | Bellelily | A1A0BKRBA7BQJJ |
| 39 | Vodedfy | A1AJQEZCVY2793 |
| 40 | putianshixiaofeitiankejiyouxiangongsi | A2A77ICVBEDHEE |
| 41 | Nichosa Eeddi | A2LWWULULSCSQG |
| 42 | longge2024damai | A3CHG1BOS9CC84 |
| 43 | XiJimPretty | AOJPAC32AL62H |
| 44 | CazeNano | A3NK4XI8N3EW38 |
| 45 | kunshanshiyushanzhenfuqitaijinshuzhipinjiagongchan | AYHRE38N8IAHP |
| 46 | XiAnShunXingYuanShangMaoYouXianGongSi | A3N3JHHBDYAINP |
| 47 | Yinyigong | AE5JENGQR1Q6U |
| 48 | YOUFANSHANG | A2Y3HH6SEM1P5V |
| 49 | TingJiJiShangMao | A2KSYEVGODBF9M |
| 50 | QiuYuanYiLei | A2J3E3WQ033XEI |
| 51 | Flamewisdom | A2P6SXVDGSS7VO |
| 52 | QYFly | A3JWLT6HQAIXDJ |
| 53 | PENGACHENG【DEALS OF THE DAY CLEARANCE】 | AW1VLGTGPXIIQ |
| 54 | NKIYUJK | A2S5CGD5DYOUAT |
| 55 | MSBHH | AW2LIXTOT6OCJ |
| 56 | LIKETP-US | A36LIJ6SYTIIPY |
| 57 | FANGDINGCUSTOM | A23P3Q9I4TVM8B |
| 58 | UOQFHHM | A1UZ1DRNHED0MU |
| 59 | Sugoyi | AUOCI3PHO3KHD |
| 60 | buguwenhua | A3P4JUYRQU667H |
| 61 | JHhkfujiawen | AES88QBKKJB3Y |
| 62 | LOSJXH | AUQT46YLG19NF |
| 63 | Wealth and Power | A2BETKFNIA71O |
| 64 | UrndoengJ | A2XYJ723J3DNJE |
| 65 | MissMeetYou | A25UKZU8BUGYV |
| 66 | Guizhou Weibanghe Trading Co., Ltd. | A3BA2I7GZ5NUWJ |
| 67 | dongboxinnengyuan | A2TAT99T6VPAEA |
| 68 | xiuyangprint | A2Y6U6MLZ6O7GQ |
| 69 | PhamTHuyS209 | ACTZA6XZ6ZBQW |
| 70 | Nanyangshimeiyingshangmaoyouxianzerengongsi | A3FL1CO745EWCQ |
| 71 | JYGzhaolina | A2BK7WHS0USOV9 |
| 72 | zhangguoxin01 | A26OR5YRQ4Q67V |
| 73 | Yanxu Department Store | AUUSUULL2BEV0 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 74 | GUWBJKGSHOPING | A1VP6HOBQARO1I |
| 75 | xionghuijunbaihuo | A2BEO9MJPK8AEG |
| 76 | Luirioe | A2D8MSUGD82LWZ |
| 77 | HuiZhouShiHuYingYueQiYouXianGongSi | A2KL3QX4IOBZGM |
| 78 | ASszhengtong | ACZSQNL5C8R64 |
| 79 | Bling Starry House | A3A873PFCSG0IC |
| 80 | Pengying Clothing Trading | A2VAKEVJQMP4CM |
| 81 | RONGDIY | AG98499442MQU |
| 82 | SinJust | A211KNTJTFUU3G |
| 83 | BIATS | A21YXFOOZMTAVW |
| 84 | huaiderensuxing | ASCT9Q5689E2K |
| 85 | Jakers-shop | A1M3HGH0JPG7YV |
| 86 | Sunnycree-US | A1RMPGDQKDXKT0 |
| 87 | Featur123C | A163AYODFJ2CSI |
| 88 | black friday deals today 50% OFF CHUAKE | A16AJ8UGMB15XB |
| 89 | QYonFon | A3CRCIXOL49EYW |
| 90 | SiChuanXingLinHeJianSheYouXianGongSi | A5D9WEVQ1N9BP |
| 91 | COSINWomen | A1XFD4NGX6EKC8 |
| 92 | VanFanshow | A156VU4KK2NRRG |
| 93 | SeiGosin | A2ZLVAM6QTIZHX |
| 94 | Bingzw | A1GIKMIZOQCFHU |
| 95 | ZOCAVIA-US | A1TAHKXVIVLOG2 |
| 96 | NianTangZhiYuan | AYERB6NV2Y7XF |
| 97 | SanderSunyun | A3CQA6MV9F4201 |
| 98 | AnsinMoon | A16DG6WUY7T23Y |
| 99 | XINYUCF | A38WRKK2IK8WU4 |
| 100 | Place a test order | A3CY9D15O7YNF6 |
| 101 | Starrainwoo | A34RVGWV97YIGH |
| 102 | HongLiJiDianSheBei | A3EJY0Q57QC0ND |
| 103 | FoShanShiHongYunQiYeGuanLiYouXianGongSi | A3B7Y6TRQC588Q |
| 104 | YIYIXIANG | A2HH3X9VM7IOBM |
| 105 | FanZhiYue | A214PWSBK0YPB9 |
| 106 | PDENZG | A1JR00NHPVVDQ |
| 107 | FloraRiver | AVH37WXZFW8WB |
| 108 | lightning deals of today prime LCMTWX | A1VZDNGG0CKA5J |
| 109 | daimaomao store | A1H8F2JYIBDD4A |
| 110 | Yanyifu | A281Z0E302VHOY |
| 111 | Castle Fairy | A10HFUOMELMZ30 |
| 112 | HMono | A2XU5VNF7II15M |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 113 | Qianglodju | A1ML6U1NRV94I7 |
| 114 | pingtanbihailantianmaoyiyouxiangongsi | AHIYCBHHUXSMG |
| 115 | XianguoMaoyi | A1B3DF6QDP2Y66 |
| 116 | heilongjiangtianyishangmaoyouxiangongsi | A252T02UTV8BN1 |
| 117 | DeLinJiaDianJingYingBu | A322EZUT1G03TQ |
| 118 | Enron Fengke | A3VOXJFGL82H37 |
| 119 | Tkuyo Household | A1E616YKHV28DE |
| 120 | WEIDASM | 102512417 |
| 121 | SHDSSS | 101631175 |
| 122 | Ashirexll | 101571059 |
| 123 | Levmjia | 101259960 |
| 124 | Fesfesfes | 101122387 |
| 125 | Floleo | 101191074 |
| 126 | ZunYikk | 102496634 |
| 127 | TaYanLan | 102499412 |
| 128 | FAVIPT | 101290334 |
| 129 | Vikakiooze | 101179403 |
| 130 | mihongmao | 102503494 |
| 131 | Judy Clo | 102549870 |
| 132 | KIHOUT | 101274253 |
| 133 | meiqingqishangmao | 102508883 |
| 134 | CVGBHNN21 | 102489208 |
| 135 | Honeeladyy | 101177959 |
| 136 | Wanneng Shop | 101617178 |
| 137 | PerftHat | 101680914 |
| 138 | yinxiangxiaowu | 634418211485459 |
| 139 | LAN Zhiyun | 4597876858381 |
| 140 | InnovateNestCorner | 634418221551918 |
| 141 | Foxxee | 634418219920658 |
| 142 | Meal Key | 634418211353397 |
| 143 | HLKNNA | 634418221564912 |
| 144 | Shemorra | 634418220922952 |
| 145 | HUACHENG FABRIC | 634418213707697 |
| 146 | Awesome shopping | 634418219709534 |
| 147 | Smoothly Shopping | 634418220379066 |
| 148 | Moodina | 634418220924361 |
| 149 | BLADD | 634418219388587 |
| 150 | ZESTCART TOWEL | 634418220261182 |
| 151 | Lucky yuyang | 634418219950151 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 152 | MJIN | 634418214315769 |
| 153 | YUANQIME | 634418211833091 |
| 154 | HSP | 6073943106029 |
| 155 | OYTFS | 63031655213 |
| 156 | WXLFZ | 4774063145742 |
| 157 | Full of vitalityy | 634418218667504 |
| 158 | Epoch Echo | 634418221669112 |
| 159 | Furry Tail | 634418221668672 |
| 160 | Fancynew | 634418219461429 |
| 161 | LOULANLEE | 634418220884974 |
| 162 | Hui Qiu | 634418220663672 |
| 163 | GUOZIQICHEYONGPINDIAN | 634418220552938 |
| 164 | Meet Car Accessories | 2961091832226 |
| 165 | Lucky XF | 634418213711643 |
| 166 | CREATTT | 634418220389787 |
| 167 | Umail phone case | 634418213411177 |
| 168 | CasaShell | 634418222215865 |
| 169 | TUTUZI | 634418213794426 |
| 170 | Feather core home textiles | 634418217083745 |
| 171 | PyMT DIY SHOP | 634418219982030 |
| 172 | Linlin Home Textile | 634418215000578 |
| 173 | Four Seasongs | 634418212304214 |
| 174 | Chaoze | 634418214027250 |
| 175 | Yunsheng textile | 634418213960554 |
| 176 | yuedouxiaodian | 634418220394728 |
| 177 | CX BEACH TOWEL | 634418213284679 |
| 178 | BestChic | 634418219733004 |
| 179 | Global Hut | 634418213373506 |
| 180 | Central Perk | 634418211902597 |
| 181 | Olivie | 634418212079781 |
| 182 | YCtianzhu | 634418218769312 |
| 183 | Jinhua Qianhui home textiles | 634418215042912 |
| 184 | Storm Chaser Outdoor Products | 634418216752182 |
| 185 | EdenHaus | 634418219407023 |
| 186 | Textile fabric art | 634418220784256 |
| 187 | BAOBANEOE | 634418219995627 |
| 188 | Chicheck Cups | 634418218716749 |
| 189 | Marserk | 634418211450610 |
| 190 | Einaro phone case | 634418217210642 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 191 | MHING | 634418213427613 |
| 192 | TY CASE | 634418211912690 |
| 193 | KLALA | 634418214140755 |
| 194 | YES CASE | 271281220550 |
| 195 | Dalaran home textiles | 634418214739584 |
| 196 | xubaojiafang | 634418220341337 |
| 197 | Max Art D | 634418222048520 |
| 198 | BeddingBoutique | 634418218411211 |
| 199 | BESTPRINT BEDDING | 634418218494984 |
| 200 | Latitude Blanket Shop | 634418218931734 |
| 201 | ybytree | 634418218915858 |
| 202 | cherrywicker | 634418220715193 |
| 203 | XinTianQi | 634418218752981 |
| 204 | yqfz | 5292359434101 |
| 205 | DreamCraft | 634418212560938 |
| 206 | Khaa Cup | 634418219018739 |
| 207 | Xinxing household textile co | 634418212007675 |
| 208 | Aiwena Home Furnishings Museu | 634418213107060 |
| 209 | Home Textile Custom | 634418209773903 |
| 210 | Curtain Story | 634418217793809 |
| 211 | Print Factory | 634418214321729 |
| 212 | Sunshine Homee | 634418217205858 |
| 213 | Summer Beach Party | 188344862755 |
| 214 | PrintBlanket | 634418220196751 |
| 215 | JC Homeshop | 634418218861533 |
| 216 | SUSU HOMESHOP | 634418220754409 |
| 217 | YoYo DIAN | 634418220864385 |
| 218 | Sunflower textile | 634418209612951 |
| 219 | PJM XH | 634418220914962 |
| 220 | SNOW CASE | 634418218511552 |
| 221 | Dream Source Art | 634418221714297 |
| 222 | PJM GS | 634418219392444 |
| 223 | Orange Red Home Furnishings | 634418211252905 |
| 224 | moonwolf | 634418214460818 |
| 225 | Budget Bargain Hut | 634418221492503 |
| 226 | HuoyxShop | 634418220304201 |
| 227 | haitunshop | 634418218813321 |
| 228 | JIAHUIA | 634418219331794 |
| 229 | Gelato Hit | 634418221051078 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 230 | Gourd Gourd Rug | 634418217895330 |
| 231 | Craftsmans rhyme | 634418212190354 |
| 232 | WarmFleece | 634418218411567 |
| 233 | Avon Home Textile | 634418214756381 |
| 234 | QYURANJIAF | 634418219738358 |
| 235 | Wheat sells at home | 634418214375076 |
| 236 | Awesome Selection - Ii aesthetics | 2159452965572 |
| 237 | SilverStar | 634418214806967 |
| 238 | REDSTAR NEST | 634418221672120 |
| 239 | Dream Weave Beding | 634418222412758 |
| 240 | Fringe | 634418220429949 |
| 241 | Simple Classics | 634418214752080 |
| 242 | BlanketBoutique | 634418218411849 |
| 243 | Sweet Homie | 634418213315008 |
| 244 | CARBINI | 634418217999008 |
| 245 | Trend POLO Shirts | 634418213042056 |
| 246 | jian he fu shi | 634418217108626 |
| 247 | SHIHAILIN | 634418212841427 |
| 248 | PJM LC | 634418218414050 |
| 249 | PJM JM | 634418212106613 |
| 250 | YOYO CASE | 634418216825383 |
| 251 | stone Hong | 634418214853581 |
| 252 | Rong Fashion Mens Wear | 634418212575047 |
| 253 | AJUNYIJIAF | 634418213717566 |
| 254 | FENVOX | 634418220361929 |
| 255 | ZENTRA | 634418220361213 |
| 256 | Yanyun DIY | 634418220413526 |
| 257 | one Tu | 634418220502897 |
| 258 | SPPsrseventeen | 634418222404078 |
| 259 | Qiu Tian De Ye Zi | 4931336370901 |
| 260 | songdongB | 634418219349875 |
| 261 | xiaotuB | 634418219327040 |
| 262 | wangfengweiA | 634418218822572 |
| 263 | wenmengABCe | 634418217912310 |
| 264 | Heelolife | 634418219064801 |
| 265 | jiftemu | 634418218000383 |
| 266 | LIUSHUXIA | 634418218567837 |
| 267 | Simtacha | 634418220158831 |
| 268 | WYing FCustom | 634418219715982 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 269 | MAT KING | 634418213924281 |
| 270 | CongLang Home textiles | 634418213840058 |
| 271 | TIMELESS TREASURES ONE | 634418217409559 |
| 272 | BIG Z | 634418213923140 |
| 273 | Amyone Shop | 4476643717747 |
| 274 | QIQI CARPET | 634418220644749 |
| 275 | Bright Carpet | 634418215597708 |
| 276 | Kujira Home | 634418220219094 |
| 277 | PLY Carpet | 634418220872563 |
| 278 | Small World Carpet | 634418216156013 |
| 279 | SparkMart Shop | 634418221185831 |
| 280 | SKY Carpet | 634418220871740 |
| 281 | TT carpet | 634418218914878 |
| 282 | Daphy Carpets | 634418217653177 |
| 283 | Tengxie Home Textile | 634418216720183 |
| 284 | XX carpet | 634418220079911 |
| 285 | LM Carpets | 634418218530736 |
| 286 | Elegant Abode Carpets | 634418220885363 |
| 287 | Li ming carpet | 634418219087826 |
| 288 | FX Carpet | 634418220871239 |
| 289 | NEO Carpet | 634418220871565 |
| 290 | OX Carpet | 634418220871435 |
| 291 | Seven Star Deer Home Fabric | 3685068930273 |
| 292 | Remittance carpet | 634418217056727 |
| 293 | FF carpet | 634418218530608 |
| 294 | ZEN Carpet | 634418220872301 |
| 295 | Super Selected Carpets | 634418219931392 |
| 296 | TYF Carpet | 634418220872415 |
| 297 | AJ carpet | 634418220080983 |
| 298 | Davina Carpet | 634418219397884 |
| 299 | ZO Carpet | 634418220870981 |
| 300 | LJY carpet | 634418218915031 |
| 301 | GF Fashion A | 634418216842795 |
| 302 | HMA | 634418210924584 |
| 303 | Xmxltwo | 634418219678450 |
| 304 | JINWENGO | 634418220544994 |
| 305 | Wantwo Socks | 634418217960745 |
| 306 | Jeyblanket | 634418220884805 |
| 307 | Blissblanket | 634418220885207 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 308 | YaYwaiYaY | 634418217729719 |
| 309 | SweetPlush | 634418220884468 |
| 310 | JC Blankets | 634418218537067 |
| 311 | XINGSHENGDITAN | 634418221534186 |
| 312 | YAOYAODITAN | 634418218298690 |
| 313 | wangfengweiB | 634418218822720 |
| 314 | Fs Home textiles | 634418212222600 |
| 315 | Love selling something | 634418220238504 |
| 316 | Beautiful Life Show | 634418220233218 |
| 317 | GiftedStitch Shop | 634418220004813 |
| 318 | JEYNAIL | 634418210085141 |
| 319 | OoxxGB | 634418217328480 |
| 320 | JRjcwlRJ | 634418218790284 |
| 321 | SQXSTAR | 634418218536850 |
| 322 | A591266'shop | 635517731586139 |
| 323 | OOYEEOO | 634418217967023 |
| 324 | jieshengwangluo | 634418215560670 |
| 325 | Good Good lifes | 634418220225084 |
| 326 | VerdantVerve | 634418222599161 |
| 327 | Cozyprint | 634418219300995 |
| 328 | Hai Ku | 634418213368799 |
| 329 | GloShopping | 634418220287520 |
| 330 | Moonlight Hometown | 634418211635326 |
| 331 | LINA DREAMING | 634418213274327 |
| 332 | CozyGlade | 634418222299622 |
| 333 | KEVIN Casual | 634418218380959 |
| 334 | Jiaqian Home | 634418219158828 |
| 335 | Romantic blanket | 634418219186897 |
| 336 | Guaner Painting | 634418218483997 |
| 337 | HushNest | 634418218733074 |
| 338 | RSQtop | 634418217627453 |
| 339 | ZYY Carpet | 634418220872070 |
| 340 | Dreamscape Carpets | 634418220886204 |
| 341 | Candy Candy Rug | 634418217895525 |
| 342 | Terrific blanket | 634418219509369 |
| 343 | SummerLovers | 634418213742896 |
| 344 | Radiance blanket | 634418219186790 |
| 345 | SCC Case | 634418219125159 |
| 346 | TFBOYSES | 634418218435839 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 347 | F Urban Men | 634418218797605 |
| 348 | TFBOYSF | 634418217721054 |
| 349 | GlamUrban | 634418217570270 |
| 350 | Awesome Selection - Seven Star Deer Home Fabric | 3685070079566 |
| 351 | ZZ carpet | 634418219476114 |
| 352 | LX carpet | 634418219476480 |
| 353 | HLJP E | 634418217432494 |
| 354 | HLJP K | 634418218430035 |
| 355 | HLJP G | 634418217814214 |
| 356 | JPHZhdd | 634418215605251 |
| 357 | YANHAII | 634418221755791 |
| 358 | HLJPAA | 634418218510682 |
| 359 | JPZJAS | 634418220458446 |
| 360 | Felicity direct | 634418214588025 |
| 361 | SR TradeWindssss | 634418221380191 |
| 362 | SHENGGESANGDIAN | 634418218688707 |
| 363 | Dimengyongpin | 634418212781479 |
| 364 | Shimanjiafan | 634418217407810 |
| 365 | PMDCarpet | 634418214808799 |
| 366 | Umai a | 634418220111815 |
| 367 | Hello YY Home textiles | 634418212556348 |
| 368 | MULVAN DECOR | 634418211954379 |
| 369 | fanhuabaozhen | 634418219569562 |
| 370 | DAMAIBA | 5673080426033 |
| 371 | boqin kaimin | 634418212589737 |
| 372 | Lif | 634418211877518 |
| 373 | AweSome CD | 634418214967958 |
| 374 | Ccbbooo | 634418222099943 |
| 375 | Bellafashion | 634418211779076 |
| 376 | HLJP BZTC | 634418219561616 |
| 377 | CDCarpet | 634418214113205 |
| 378 | TOBRICH | 634418210685971 |
| 379 | MINGYAOJIAJUYONGPIN | 702781194115 |
| 380 | OUSHUNJIAFANG | 634418219128009 |
| 381 | Aesthetics of decoration | 634418219772617 |
| 382 | Family Club Z | 634418218548239 |
| 383 | Kawaii Cup Land | 634418218818399 |
| 384 | Blissful Bower | 634418218826450 |
| 385 | Elegant Art Nouveau Curtains | 634418218325856 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 386 | Fudala | 634418220224288 |
| 387 | Posh Cabin | 634418219425909 |