IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH'S STUDIO LLC,<br>       Plaintiff,<br>v.<br>SCHEDULE A DEFENDANTS,<br>       Defendants. | Civil Action No.<br>25-cv-1633<br>(Judge Cercone) |

### [PROPOSED] ORDER GRANTING MOTION TO UNSEAL

AND NOW, this _____ day of December, 2025, Plaintiff having presented Plaintiff's *Ex Parte* Motion to Unseal the Case,

IT IS HEREBY ORDERED that said Motion is GRANTED; and

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to unseal all the documents previously filed under seal in this case.

                             _____
                             David S. Cercone
                             UNITED STATES DISTRICT JUDGE

cc: Stanley D. Ference III, Esq.
   courts@ferencelaw.com