IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH'S STUDIO LLC, | Civil Action No. |
| Plaintiffs, | 25-cv-01633 |
| v. | (Judge Cercone) |
| SCHEDULE A DEFENDANTS, et al., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s) Bellelily, FANGDINGCUSTOM, UOQFHHM, UrndoengJ, MissMeetYou, xiuyangprint, Luirioe, Bling Starry House, RONGDIY, PDENZG, Castle Fairy, Qianglodju, pingtanbihailantianmaoyiyouxiangongsi, Tkuyo Household, PerftHat, Shemorra, Awesome shopping, Smoothly Shopping, Moodina, Meet Car Accessories, YES CASE, Sunshine Homee, Sunflower textile, moonwolf, SilverStar, Bright Carpet, Elegant Abode Carpets, Super Selected Carpets, Davina Carpet, GF Fashion A, Fs Home textiles, Jiaqian Home, Dreamscape Carpets, Aesthetics of decoration with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

- 2 -

Dated: December 12, 2025       /s/ Stanley D. Ference III
                                                          Stanley D. Ference III
                                                          Pa. ID No. 59899
                                                          courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff