IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH'S STUDIO LLC, | |
| Plaintiff, | Civil Action No. 25-cv-1633 |
| v. | (Judge Cercone) |
| SCHEDULE A DEFENDANTS, *et al.*, | |
| Defendants. | |

## SUMMONS/RETURN OF SERVICE RETURNED EXECUTED

I, Stanley D. Ference III, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an attorney with the law firm of Ference & Associates LLC, which is located at 409 Broad Street, Pittsburgh, Pennsylvania 15143.

3. I am an attorney for the Plaintiff in the above-captioned case.

4. On November 13, 2025, the Summons, Complaint, Temporary Restraining Order, Notice of Show Cause Hearing, Discovery, and all the filings in this matter ("all papers of record") were posted on Plaintiff's designated website on www.ferencelawsuit.com.

5. As of November 25, 2025 all the Defendants were served in accordance with the Alternative Service Order.

Executed this 2nd day of January, 2026, at Pittsburgh, Pennsylvania.

      /s/Stanley D. Ference III
      Stanley D. Ference III

Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff