IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH'S STUDIO LLC, | |
| Plaintiff, | Civil Action No. 25-cv-1633 |
| v. | |
| | Judge Cercone |
| GAOMENGS, *et al*., | |
| Defendants. | |

**MOTION FOR PRELIMINARY INJUNCTION**

In connection with this Court's November 25, 2025 and December 11, 2025 Orders, Plaintiff now moves this Court for an Order granting the Motion for a Preliminary Injunction against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants"). The legal support for this motion is contained in the Memorandum of Law. The evidence supporting this motion is contained in the Declarations of Elizabeth's Studio LLC, Stanley D. Ference III, and Dee Odell, and the exhibits attached thereto. A proposed Order affirmatively granting the relief sought herein is filed herewith.

/

/

/

/

/

/

- 2 -

                                      Respectfully submitted,

Dated: January 6, 2025          /s/ Stanley D. Ference III
                                      Stanley D. Ference III
                                      Pa. ID No. 59899
                                      courts@ferencelaw.com

                                      FERENCE & ASSOCIATES LLC
                                      409 Broad Street
                                      Pittsburgh, Pennsylvania 15143
                                      (412) 741-8400 – Telephone
                                      (412) 741-9292 – Facsimile

                                      Attorneys for Plaintiffs