# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELIZABETH'S STUDIO LLC,

                    Plaintiffs,

v.

SCHEDULE A DEFENDANTS, et al.,

                    Defendants.

Civil Action No.

25-cv-01633

(Judge Cercone)

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| Def No. | Defendant |
|---------|-----------|
| 8 | YUEBINUS |
| 25 | SHI TOU- 🌢 🌢 🌢 Summer Clearance Promotion 🌢 🌢 🌢 |
| 26 | SBR Silk |
| 27 | Ffang |
| 40 | putianshixiaofeitiankejiyouxiangongsi |
| 45 | kunshanshiyushanzhenfuqitaijinshuzhipinjiagongchan |
| 59 | Sugoyi |
| 60 | buguwenhua |
| 66 | Guizhou Weibanghe Trading Co., Ltd. |
| 82 | SinJust |
| 88 | black friday deals today 50% OFF CHUAKE |
| 99 | XINYUCF |
| 108 | lightning deals of today prime LCMTWX |
| 109 | daimaomao store |
| 117 | DeLinJiaDianJingYingBu |
| 122 | Ashirexll |

| 124 | Fesfesfes |
|-----|-----------|
| 125 | Floleo |
| 127 | TaYanLan |
| 129 | Vikakiooze |
| 130 | mihongmao |
| 131 | Judy Clo |
| 135 | Honeeladyy |
| 154 | HSP |
| 179 | Global Hut |
| 185 | EdenHaus |
| 190 | Einaro phone case |
| 193 | KLALA |
| 209 | Home Textile Custom |
| 210 | Curtain Story |
| 219 | PJM XH |
| 239 | Dream Weave Beding |
| 243 | Sweet Homie |
| 258 | SPPsrseventeen |
| 269 | MAT KING |
| 271 | TIMELESS TREASURES ONE |
| 277 | PLY Carpet |
| 280 | SKY Carpet |
| 281 | TT carpet |
| 282 | Daphy Carpets |
| 284 | XX carpet |
| 285 | LM Carpets |
| 287 | Li ming carpet |
| 288 | FX Carpet |
| 289 | NEO Carpet |
| 290 | OX Carpet |
| 291 | Seven Star Deer Home Fabric |
| 292 | Remittance carpet |
| 293 | FF carpet |
| 294 | ZEN Carpet |
| 296 | TYF Carpet |
| 297 | AJ carpet |
| 299 | ZO Carpet |
| 300 | LJY carpet |
| 331 | LINA DREAMING |

| 339 | ZYY Carpet |
|-----|------------|
| 343 | SummerLovers |
| 349 | GlamUrban |
| 350 | Awesome Selection - Seven Star Deer Home Fabric |
| 351 | ZZ carpet |
| 352 | LX carpet |
| 357 | YANHAII |
| 363 | Dimengyongpin |
| 371 | boqin kaimin |
| 386 | Fudala |

Each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading.  Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).


                                        Respectfully submitted,

Dated: January 7, 2026                  /s/ Stanley D. Ference III
                                        Stanley D. Ference III
                                        Pa. ID No. 59899
                                        courts@ferencelaw.com

                                        FERENCE & ASSOCIATES LLC
                                        409 Broad Street
                                        Pittsburgh, Pennsylvania 15143
                                        (412) 741-8400 – Telephone
                                        (412) 741-9292 – Facsimile

                                        Attorney for Plaintiff