IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH'S STUDIO LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SCHEDULE A DEFENDANTS, et al., <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01633 <br><br> (Judge Cercone) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| Def No. | Defendant |
|---|---|
| 128 | FAVIPT |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: January 15, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

- 2 -

                FERENCE & ASSOCIATES LLC
                409 Broad Street
                Pittsburgh, Pennsylvania 15143
                (412) 741-8400 – Telephone
                (412) 741-9292 – Facsimile

                Attorney for Plaintiff